FILED
MAR 17 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VICTOR MANUEL SERRANO<br><br>Debtor(s).<br><br>US BANK NATIONAL ASSOCIATION, ETC.<br><br>Movant<br><br>vs<br><br>DEBTOR and TRUSTEE<br><br>Respondent(s) | No.  2:09-bk-20340-AA<br><br>Chapter 13<br><br>NOTICE OF RESETTING TIME OF HEARING<br><br>Previous Date and Time:<br>Date:  April 7, 2010<br>Time:  11:00 a.m.<br>Place:  Courtroom 1375<br><br>**New Date and Time:**<br>**Date:  April 7, 2010**<br>**Time:  11:30 a.m.**<br>**Place:  Courtroom 1375** |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the hearing scheduled for **April 7, 2010 at 11:00 a.m.** has been reset to **April 7, 2010 at 11:30 a.m.** before the Alan M. Ahart in Courtroom 1375 of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012, **The movant must provide notice of the reset time of hearing to all parties entitled to receive such notice.**

Dated: March 17, 2010

/s/ Thais May

Thais May
Deputy Clerk

# CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that a copy of the order attached hereto was served either by Notice of Electronic Filing ("NEF") or by U.S. Mail, as indicated below, to the following parties on ___March 17, 2010___

***U.S. Mail***

N/A

***NEF*** (electronic service)

<u>MOVANT'S COUNSEL</u>

Casper J Rankin ecfcacb@piteduncan.com

<u>DEBTOR'S COUNSEL</u>

Leroy Bishop Austin lbishopbk@yahoo.com

<u>CHAPTER 13 TRUSTEE</u>

Kathy Dockery efiling@CH13LA.com

<u>OFFICE OF THE UNITED STATES TRUSTEE</u>

Office of the U.S. Trustee ustpregion16.la.ecf@usdoj.gov

Kathy Campbell, Clerk of Court
U.S. Bankruptcy Court
By_____
T. May
Deputy Clerk